AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
JUN 03 2015
, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-15-0887-M |
| BALLIN-Bocanegra, Miguel Angel | ) | |
| YOB: 1996 | ) | |
| POB: USA | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___6/2/2015___ in the county of ___Hidalgo___ in the SOUTHERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 262.74 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

On June 2, 2015, at approximately 7:00a.m, United States Border Patrol Agents responded to suspicious activity in the Donna, Texas area. While en-route, Agents observed a Tan Mercury Grand Marquis coming north from a private ranch south of Military Highway. Agents observed the driver, later identified as Miguel Angel BALLIN-Bocanegra, drive north of Military Highway and also noticed square bundles, of what appeared to be narocotics, through the windows of the vehicle. After following the vehicle for a short distance, Agents observed the vehicle come to a stop and observed BALLIN-Bocanegra exit the vehicle and attempt to flee. (Continued on Attachment I)

☑ Continued on the attached sheet.

Approved.
Robert Wells AUSA
6/3/2015

_Complainant's signature_

Antonio De La Cruz, DEA Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 6-3-15

_Judge's signature_

City and state: McAllen, Texas

Dorina Ramos, Magistrate Judge
_Printed name and title_

Attachment I

Agents apprehended BALLIN-Bocanegra a short distance from the vehicle. BALLIN-Bocanegra surrendered without incident. BALLIN-Bocanegra, the marijuana, and the vehicle were transported to the Weslaco, Texas, Border Patrol Station where further processing revealed ten (10) bundles of marijuana weighing approximately 262.74 kilograms.

On this same date, DEA Special Agents Antonio De La Cruz, Lynet Delgado and TFO Gilberto Sotelo responded to the Weslaco, TX USBP Station to interview BALLIN-Bocanegra. SA De La Cruz read BALLIN-Bocanegra his rights as witnessed by SA Delgado and BALLIN-Bocanegra agreed to speak with agents without an attorney being present. During the interview, BALLIN-Bocanegra stated that he was approached by an individual only known to him as AKA "El Cabezon" in Alamo, TX and asked if BALLIN-Bocanegra wanted to work. BALLIN-Bocanegra stated that "El Cabezon" told BALLIN-Bocanegra that all he had to do was to drive a car south towards the Rio Grande River, wait for others to load it and drive it to a nearby corner store. BALLIN-Bocanegra stated the "El Cabezon" offered to pay him $500.00 for the transportation. BALLIN-Bocanegra also stated that he was aware that he was transporting marijuana.